# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 913-4608
FAX: (203) 319-0128

April 11, 2023

> Status conference adjourned to 5/15/23 at 11:45 am. The time between now and then is excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the parties to continue their discussions regarding a possible disposition without trial.
>
> SO ORDERED.
>
> *Cathy Seibel*   4/11/23
> CATHY SEIBEL, U.S.D.J.

Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Hoover Joyner DK#23CR12

Dear Judge Seibel,

    I am writing to request a thirty-day adjournment of the status conference in the above referenced case which is currently scheduled for April 14, 2023. The basis for this request is that the undersigned and the government are in active discussions to resolve this case and the additional time will allow for further plea discussions. I have contacted Assistant United States Attorney Kaiya Arroyo, and she has no objection to this request. Lastly, the undersigned would like to inform the Court that I am unavailable from May 19, 2023 through June 2, 2023. Thank you for your consideration of this request.

Very truly yours,

*[signature]*
Francis L. O'Reilly